# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL ACTION**

SHAWN D. JONES,
        Plaintiff,

v.                               Case No. 16-CV-1303

JON LITSCHER and
REBECCA KENNEDY,
        Defendants.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) for failure to state a claim.

Date: April 10, 2017

                                  Jon W. Sanfilippo, Clerk of Court
                                  EASTERN DISTRICT OF WISCONSIN
                                  (By) Deputy Clerk, s/Mary Murawski
                                  Approved this 10th day of April, 2017.

                                  */s/ William E. Duffin*
                                  WILLIAM E. DUFFIN
                                  United States Magistrate Judge